**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　v.<br><br>NET PROCEEDS FROM THE SALE OF REAL PROPERTY AND IMPROVEMENTS LOCATED AT 935-945 FOLSOM STREET, SAN FRANCISCO, CALIFORNIA,<br><br>　　　　Defendant<br>_____/ | No. C-05-4412 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

　　　　On November 9, 2005, plaintiff electronically filed a First Amended Complaint for Forfeiture, and, on November 10, 2005, an Amended Notice of Forfeiture Action.  Plaintiff has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

　　　　Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents.  Plaintiff is hereby advised that if it fails in the future to comply with the Court's

1  Standing Order to provide chambers copies of electronically-filed documents, the Court
2  may impose sanctions, including, but not limited to, striking from the record any
3  electronically-filed document of which a chambers copy has not been timely provided to the
4  Court.
5      **IT IS SO ORDERED.**
6
7  Dated:  December 9, 2005
8                                  MAXINE M. CHESNEY
                                United States District Judge