IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C-05-4412 MMC |
| Plaintiff, | **ORDER OF REFERRAL** |
| v. | |
| NET PROCEEDS FROM THE SALE OF REAL PROPERTY AND IMPROVEMENTS LOCATED AT 935-945 FOLSOM STREET, SAN FRANCISCO, CALIFORNIA, | |
| Defendant / | |

The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to District Judge Vaughn R. Walker for consideration of whether the case is related to <u>United States of America v. Jimmy Quan, et al.</u>, CR 04-0323 VRW. (<u>See</u> Notice of Related Case, filed November 10, 2005, in above-titled forfeiture action.)

**IT IS SO ORDERED.**

Dated: December 21, 2005

MAXINE M. CHESNEY
United States District Judge